**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **MARLIN E. JONES,** | ) | **CASE NO. 7:09CV5012** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **JOHATHAN J. BLUM,** | ) | |
| | ) | |
| **Defendant.** | ) | |

Plaintiff filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 2). Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the Complaint shall be filed without payment of fees.

DATED this 15th day of December, 2009.

                                                    BY THE COURT:

                                                    s/Laurie Smith Camp
                                                    United States District Judge